1  CHRISTOPHER CHORBA (SBN 216692)
   cchorba@gibsondunn.com
2  TIMOTHY W. LOOSE (SBN 241037)
   tloose@gibsondunn.com
3  CHELSEA NORELL (SBN 280831)
   cnorell@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California  90071-3197
   Telephone: (213) 229-7000
6  Facsimile: (213) 229-7520

7  Attorneys for Defendants Toyota Motor North America,
   Inc. and Toyota Motor Sales, U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUAN CARLOS RIVERA,<br><br>       Plaintiff,<br><br>       v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; and TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>       Defendants. | Case No. 14-cv-04052 JST<br><br>*Related to Emerson v. Toyota Motor North America, Inc.* (Case No. 14-cv-2842)<br><br>**STIPULATION WITH [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:              Sep. 5, 2014<br><br>Current Conference Date:    Dec. 10, 2014<br><br>Requested Conference Date: Dec. 17, 2014 (same date of Case Management Conference in Related *Emerson* Action) |
|---|---|

Pursuant to Civil Local Rule 6-2, Plaintiff Juan Carlos Rivera and Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc., stipulate, and respectfully request, that the Court continue the Case Management Conference by one week, from December 10, 2014 to December 17, 2014.  The parties request this continuance to align the Case Management Conference in this case with the conference in the related action of *Emerson v. Toyota Motor North America, Inc., et al.* (N.D. Cal. Case No. 14-cv-2842), which is currently is scheduled for December 17, 2014.  The parties respectfully submit that it is in the interest of efficiency and judicial economy for the Case Management Conferences in both actions to be held on the same day in these related actions.

DATED:  November 24, 2014	LAW OFFICES OF JACK S. FELTSCHER

By: _____/s/ Jack S. Feltscher_____
Jack S. Feltscher

Attorney for Plaintiff Juan Carlos Rivera

DATED:  November 24, 2014	GIBSON, DUNN & CRUTCHER LLP

By: _____
Christopher Chorba

Attorneys for Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.

**Attorney Attestation**

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED: November 24, 2014	GIBSON, DUNN & CRUTCHER LLP

By: _____
Christopher Chorba

Attorneys for Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause having been shown, the Court continues the Case Management Conference in this action from December 10, 2014 to December 17, 2014, at 2:00 p.m.

Dated: November 26 , 2014



101837585.2